UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIRSHA BROWN, ) | |
| ) | |
| Plaintiff, ) | 2:10-cv-775 JCM (PAL) |
| ) | |
| vs. ) | |
| ) | ORDER |
| SOUTHERN NEVADA CENTER FOR ) | |
| INDEPENDENT LIVING, ) | |
| ) | |
| Defendant. ) | |

   Presently before the court are the report and recommendation of United States Magistrate Judge Peggy A. Leen. (Doc. #2).

   Upon reviewing the plaintiff Kirsha Brown's complaint (doc. # 1), Judge Leen recommended that it be dismissed due to plaintiff's failure to state sufficient allegations in support of her claim pursuant to 28 U.S.C. § 1983 against defendant Southern Nevada Center for Independent Living.

   Local Rule IB 3-1 states that any party wishing to object to the ruling of the magistrate judge on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the magistrate judge's ruling. Upon review of the magistrate judge's findings and recommendation and there being no objections filed,

. . .

. . .

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that United States Magistrate
2   Judge Peggy A. Leen's report & recommendation, (doc. #2), are AFFIRMED in their entirety.  The
3   plaintiff Kirsha Brown's complaint is hereby DISMISSED without prejudice.
4   DATED this 26th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE